LAVIGNE
*vs.*
THEURER ET AL.

## LAVIGNE *vs.* THEURER ET AL.

APPEAL FROM THE CITY COURT OF NEW ORLEANS.

Judgment affirmed with maximum of damages, as a delay case.

This is an action against the maker and endorser of a promissory note, to which there was no defence.   After final judgment the defendants appealed.

There was no defence in this court.

*Barthe*, for the plaintiff, urged the affirmance of the judgment with ten per cent. damages.

*Simon, J.* delivered the opinion of the court.

This suit was brought on a promissory note of hand.   The defendants having failed to answer a judgment by default was regularly taken and made final against them.

This appeal was clearly taken for delay, and the defendant must pay the damages prayed for by the appellee.

It is therefore ordered, adjudged and decreed that the judgment of the City Court be affirmed with costs; and with ten per cent. damages as for a frivolous appeal.